UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

                                             :

UNITED STATES OF AMERICA

                                             :     CONSENT PRELIMINARY ORDER

           - v. -                                     OF FORFEITURE/

                                             :     MONEY JUDGMENT

JOSUE TORRES,

                                             :     25 Cr. __ (__)

             Defendant.                              :     **25 CRIM 560**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

WHEREAS, on or about _____, JOSUE TORRES (the "Defendant"), was charged in an Information, 25 Cr. __ (__) (the "Information"), with conspiracy to commit wire fraud and health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and aggravated identity theft in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Information;

WHEREAS, on or about December 10, 2025, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), and Title 28, United States Code, Section 2461(c), a sum of money equal to $2,638,581 in United

States currency, representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $2,638,581 in United States currency representing the amount of proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant, Anthony Guerra (the "Co-defendant") to the extent a forfeiture money judgment is entered against the Co-defendant in this case for the offenses charged in Count One of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Henry L. Ross, of counsel, and the Defendant and his counsel, Marisa K. Cabrera, Esq., that:

1.      As a result of the offenses charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $2,638,581 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his Co-defendant, to the extent a forfeiture money judgment is entered against the Co-defendant in this case for the offenses charged in Count One of the Information, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JOSUE

TORRES, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____   12/10/25
  Henry L. Ross       DATE
  Assistant United States Attorney
  26 Federal Plaza
  New York, NY 10278
  (212) 637-2442


JOSUE TORRES

By: _____   12/10/25
  Josue Torres       DATE


By: _____   12/10/25
  Marisa K. Cabrera, Esq.   DATE
  Attorney for Defendant
  52 Duane Street, 10th Floor
  New York, NY 10007


SO ORDERED:

_____   12/10/25
HONORABLE BARBARA MOSES  DATE
UNITED STATES MAGISTRATE JUDGE